AO 91 (Rev. 08/09) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| United States of America | ) |
|---|---|
| v. | ) |
| TIMOTHY NEWMAN | ) Case No. 12-6376-BSS |
| | ) |
| | ) |
| Defendant(s) | ) |

FILED by _____ D.C.

SEP 27 2012

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S. D. of FLA. — FT. LAUD.

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __July 2012 - September 26, 2012__ in the county of __Broward__ in the
__Southern__ District of __Florida__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 2422(b) | Using the mail or any facility or means of interstate commerce, did knowingly attempt to persuade, induce, entice, or coerce an individual who has not attained the age of 18 years to engage in sexual activity for which a person can be charged with a criminal offense. |
| 18 U.S.C. § 2423(b) | Did knowingly travel in interstate commerce for the purpose of engaging in illicit sexual conduct with another person, |

This criminal complaint is based on these facts:
SEE ATTACHED AFFIDAVIT

☑ Continued on the attached sheet.

_____
Complainant's signature

Sarah Gioielli, Special Agent, FBI
Printed name and title

Sworn to before me and signed in my presence.

Date: __09/27/2012__

_____
Judge's signature

City and state: __Ft. Lauderdale, Florida__

Barry S. Seltzer, U.S. Magistrate Judge
Printed name and title

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Sarah Gioielli, being duly sworn, depose and state as follows:

1. I am a Special Agent with the Federal Bureau of Investigation (FBI), United States Department of Justice. I have worked in this position since February of 2010. I am currently assigned to the Miami Field Office of the FBI and I am a member of the Minor Vice Task Force (MVTF) in South Florida. The MVTF is comprised of state, local, and federal law enforcement which includes the City of Miami Police Department (MPD), Miami-Dade Police Department (MDPD), Miami Beach Police Department (MBPD), and the Broward Sheriff's Office (BSO), whose purpose is to address the Department of Justice's "Innocence Lost" initiative. I am currently assigned to handle violent crimes, including offenses involving sex trafficking of children, in violation of Title 18, United States Code, Section 1591; enticing a minor to engage in sexual activity, in violation of Title 18, United States Code, Section 2422(b); as well as offenses involving transportation for purposes of prostitution, in violation of Title 18, United States Code, Section 2421. Prior to being assigned to the Miami Field Office, I worked for the Orange County Sheriff's Office as a Deputy Sheriff for approximately four years. I was assigned to the Uniform Patrol Division for three years, and I worked as a Detective in the field of Sex Crimes, Crimes Against Persons, Robbery, and Property Crimes for approximately one year.

2. This affidavit is based on my own personal knowledge, as well as information provided to me by others. Because this affidavit is being submitted for the limited purpose of establishing probable cause in support of a criminal complaint, I have not included each and every fact known to the Government about this investigation. Instead, I have included only those facts that I believe are sufficient to establish probable cause for the issuance of the requested criminal complaint.

1

3. As set forth below, there is probable cause that TIMOTHY NEWMAN, using the mail or any facility or means of interstate commerce, did knowingly persuade, induce, entice, or coerce an individual who has not attained the age of 18 years to engage in sexual activity for which a person can be charged with a criminal offense, in violation of Title 18, United States Code, Section 2422(b); and did knowingly travel in interstate commerce for the purpose of engaging in illicit sexual conduct with another person, in violation of Title 18, United States Code, Section 2423(b).

## SUMMARY OF INVESTIGATION

4. On September 24, 2012, the Carteret County Sheriff's Office in Beaufort, North Carolina received information from the father of a 12 year old female minor (hereinafter referred to by her initials "A.L.") that his daughter was missing. A.L. was last seen by her father at approximately 10:00pm on September 23, 2012. North Carolina law enforcement initiated an investigation into the matter and interviewed A.L.'s father who alerted them to his belief that A.L. was in the company of a family friend by the name of TIMOTHY NEWMAN.

5. The investigation revealed that NEWMAN was last seen by his roommate at approximately 10:00pm on September 23, 2012. NEWMAN did not report for work on September 24, 2012. Investigation also revealed that NEWMAN is a registered sexual offender.

6. North Carolina authorities learned that NEWMAN was possibly traveling in a 1998 red Chrysler Sebring car with a black convertible top with North Carolina registration AKT6534. Authorities also learned that NEWMAN had ties to the South Florida area. A.L. was entered into NCIC as a missing child and the FBI in North Carolina began assisting with the investigation.

7. After learning about NEWMANS' potential ties to the South Florida area, FBI agents in Miami, Florida were briefed on the investigation and advised that 12 year old A.L. was believed to be in the company of NEWMAN and possibly heading to South Florida. On September 25, 2012 a

2

BOLO was issued for the state of Florida in reference to NEWMAN, A.E. and the Chrysler Sebring. A multi-state AMBER alert for A.E. was also issued.

8. On September 26, 2012, the investigation revealed that NEWMAN had utilized a debit card in Coral Gables, Florida. An updated BOLO was issued specifically for South Florida.

9. On September 26, 2012, at approximately 6:30pm, law enforcement observed the vehicle described in the BOLO traveling on Interstate 95 Northbound towards Hallandale Beach Boulevard. Law enforcement conducted a traffic stop of the vehicle and identified the occupants as NEWMAN and A.E. Both were escorted from the traffic stop to the local police department.

10. A.E. was interviewed and stated that she had known NEWMAN since June 2012. According to A.E., she and NEWMAN communicated with each other via text messages, phone calls and personal visits. A.E. also stated that she told NEWMAN that she was 12 years old when they met, and NEWMAN told her that he was 37 years old and was a sex offender. According to A.E., she and NEWMAN began a sexual relationship with each other at the end of July 2012. According to A.E., in September 2012, she and NEWMAN decided to run away together and they planned their escape through text messages and other forms of communication. NEWMAN picked up A.E. at a previously agreed upon location and the two then drove to South Carolina and later traveled on to Florida. According to A.E., NEWMAN threw away both their cell phones at an unknown location in South Carolina. A.E., however, kept the SD memory card from her phone. A.E. further advised that she and NEWMAN engaged in sexual activity numerous times during their trip, including in North Carolina, South Carolina and Florida. According to A.E., during the trip, NEWMAN stated that he knew he was in trouble and that he would go back to prison for being with A.E. Lastly, A.E. stated that she and NEWMAN had nicknames for each other to disguise their identities. A.E.'s nickname was "OCEAN" and NEWMANS's nickname was "MONKEY".

3

11. NEWMAN waived his *Miranda* rights and provided a statement to law enforcement. During this statement, NEWMAN admitted that he began a relationship with A.F. approximately two months ago, but stated that he had actually known A.F. since she was five years old. NEWMAN stated that he and A.F. communicated with each other in person and text messages. According to NEWMAN, he is currently on probation. Approximately two weeks ago, A.F.'s father discovered that NEWMAN was sending text messages to A.F. and this violated his probation and NEWMAN was arrested. Upon his release from jail, NEWMAN stated that he again made contact with A.F. and they resumed their relationship. NEWMAN stated that when he and A.F. sent each other text messages, he went by the code name "MONKEY" so that they would not get caught. According to NEWMAN, he has A.F. made plans to leave North Carolina, run away together and get married. NEWMAN also admitted that he and A.F. sent each other naked pictures and videos of themselves via text message. NEWMAN admitted to having sexual intercourse with the victim numerous times in North Carolina, once in South Carolina, once in Fort Lauderdale and once in Miami. NEWMAN also admitted that he knew A.F. was only 12 years old.

12. North Carolina law enforcement located several text messages between NEWMAN and A.F. Many of these messages are sexual in nature. A.F. was shown these messages and acknowledged that the messages were between herself and NEWMAN. Set forth below are portions of several text messages sent between NEWMAN and A.F. in the days leading up to their meeting on September 23, 2012.

    a. On September 23, 2012, at 13:57:31, NEWMAN texted to A.F.: "OK MAKE SURE U GET ALL PANTIES AND SOCKS   DON'T FORGET PUPPY DOGS OMG IM HARD I WANT PIC OF PANTIES GO TO BATHROOM BABE."

    b. On September 23, 2012 at 19:34:01, NEWMAN texted to A.F.: "JUST TOLD HIM WHEN THE FBI SHOWED UP TO TELL THEM HE DON'T KNOW SHIT  HE SAID FBI  I SAID YES SHE IS GOING WITH ME  HE SAID I NEED CB AND A LOT OF LUCK LOL."

c.  On September 20, 2012 at 9:21:36, A.E. texted to NEWMAN: "DID U FIND OUT HOW LONG THE FBI WOULD BE LOOKING FOR ME \N02\07\2012"

13. Investigation has revealed that NEWMAN is a registered sex offender out of North Carolina. In 2004, NEWMAN was convicted in Stokes County, North Carolina of two counts of Sexual Offense with Certain Victims (age of victim was 13), in violation of NCGS 14-27.7.

## CONCLUSION

14. Based on the foregoing, there is probable cause to believe that TIMOTHY NEWMAN, using the mail or any facility or any means of interstate commerce, did knowingly persuade, induce, entice, or coerce an individual who has not attained the age of 18 years to engage in sexual activity for which a person can be charged with a criminal offense, in violation of Title 18, United States Code, Section 2422(b); and did knowingly travel in interstate commerce for the purpose of engaging in illicit sexual conduct with another person, in violation of Title 18, United States Code, Section 2423(b).

Further your affiant sayeth naught.

Special Agent Sarah Gioielli
Federal Bureau of Investigation

Sworn and subscribed before me this 27th day of September, 2012.

BARRY S. SELTZER
UNITED STATES MAGISTRATE JUDGE

5