UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 12-6376-MJ-BSS

UNITED STATES OF AMERICA

vs.

TIMOTHY NEWMAN,

       Defendant.
_____/

## ORDER OF DISMISSAL

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure and by leave of Court endorsed hereon, the United States Attorney for the Southern District of Florida hereby dismisses without prejudice the complaint against the above named defendant.

Respectfully submitted,

*(signed) (Cynthia Stone)*
WIFREDO A. FERRER
UNITED STATES ATTORNEY

cc:   U.S. Attorney (Corey Steinberg, AUSA)
      U.S. Marshal
      Chief Probation Officer
      Pretrial Services

Leave of Court is granted for the filing of the foregoing Dismissal.

DATE: 9/28/12

BARRY S. SELTZER
UNITED STATES MAGISTRATE JUDGE